RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 0 4 2025

DANIEL J. McCOY, CLERK
BY:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAKKA SHANEAK JAMES<br>2800 E Enterprise Ave Ste 333<br>Appleton, Wisconsin 54913<br>PLAINTIFF, | : | |
| | : | Case No. _____ 3:25CV0773 |
| | : | |
| vs. | : | COMPLAINT |
| 4th Judicial District Court<br>Clerk of Court<br>300 St. John Street<br>Monroe, LA 71201 | : | |
| | : | |
| 10th Judicial District Court<br>Clerk of Court<br>200 Church Street<br>Natchitoches, LA 71457 | : | |
| United States<br>c/o U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br>DEFENDANTS, | :<br><br><br>: | |

1

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C 1983, DUE PROCESS, EQUAL PROTECTION)

Plaintiff Shakka Shaneak James brings this action pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2409a to vindicate her constitutional rights and to quiet title to movable and immovable property located in Ouachita Parish and Natchitoches Parish, Louisiana.

Plaintiff's petitions to quiet title filed in the 4th Judicial District (Ouachita Parish) and 10th Judicial District (Natchitoches Parish) have been unlawfully rejected, delayed, and denied through improper application of in forma pauperis procedures, unauthorized fee demands, and lack of notice.

The property in Natchitoches Parish was originally granted by the United States government through a federal land patent dated June 6, 1848.

Plaintiff asserts a lawful ownership interest in certain property located in Ouachita Parish, Louisiana, acquired by Warranty Deed. Although the property does not originate from a federal land patent, Plaintiff holds a vested interest and sought to protect her rights through a quiet title action. However, her efforts to file this petition were unlawfully obstructed by the Clerk of Court, who denied her in forma pauperis (IFP) application without judicial review, notice, or a meaningful opportunity to be heard. Such actions violate Plaintiff's rights under the Due Process and Equal Protection Clauses of the Fourteenth Amendment, as enforceable through 42 U.S.C. § 191983.

Defendants' actions have caused Plaintiff irreparable harm, including imminent risk of loss of property through foreclosure or sale, deprivation of legal rights, and denial of access to the courts.

### 2. JURISDICTION AND VENUE

a. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983 (civil rights violations) and 28 U.S.C. § 2409a (Quiet Title Act).

b. Venue is proper in the Western District of Louisiana under 28 U.S.C. § 1391(b) because all events giving rise to this claim occurred in Ouachita Parish and Natchitoches Parish, both of which are located within this district.

### 3. PARTIES

a. Plaintiff SHAKKA SHANEAK JAMES is a resident of a foreign state and the rightful heir to real and immovable property located in Ouachita Parish and Natchitoches Parish, Louisiana.

b. Defendant Ouachita Parish Clerk of Court is charged with managing court filings within the 4th Judicial District of Louisiana.

c. Defendant Natchitoches Parish Clerk of Court manages court filings within the 10th Judicial District of Louisiana.

d. Defendant United States of America holds an interest in the Natchitoches Parish property by virtue of the original federal land patent issued June 6, 1848.

2

## 5. FACTS — OUACHITA PARISH

    a.  Plaintiff first filed a petition to quiet title with the Ouachita Parish Clerk of Court on May 19, 2025, which was rejected due to Petition for Possession;

    b.  Plaintiff was informed by the Clerk's office that an order was missing and that a $300 fee was required despite Plaintiff's submission of a valid in forma pauperis application.and Petition to Quiet Title;

    c.  Plaintiff refiled petitions multiple times; ultimately the petition was denied by a judge on May 28, 2025, based on a purported ability to pay filing fees based on the property interest, with no prior notice given to Plaintiff.

    d.  Petition filed a Motion to Set Aside Denial and Reinstate Petition on May 29, 2025, which was rejected without explanation.

## 6. FACTS — NATCHITOCHES PARISH

    a.  On May 22, 2025, Plaintiff filed her first petition to quiet title in Natchitoches Parish, which was rejected due to Natchitoches Parish Clerk of Court filing Number 459322, not able to open via Adobe Acrobat.

    b.  Plaintiff resubmitted the petition to quiet title a second time, which was rejected for the same exact reason listed 6(a)

    c.  Plaintiff resubmitted the petition to quiet title, a third time, which was rejected due to a $50 pauper fee.

    d.  Plaintiff was advised to resubmit petitions selecting all filing types, but no option to pay the $50 fee or advance payment existed in the system.

    e.  Despite multiple refiling's on May 22, 23, and 27, 2025, petitions were rejected until Plaintiff submitted a genealogical link establishing her rightful claim to the property, after which the petition was finally accepted and filed.

## 7. FACTS — FEDERAL LAND PATENT

a. The Natchitoches Parish property was originally granted to Plaintiff's ancestor by the United States government through a land patent dated June 6, 1848, issued by President James K. Polk.

b. This land patent constitutes a federal interest under 28 U.S.C. § 2409a, conferring jurisdiction on this Court to adjudicate the quiet title action.

## 8. URGENT AND IRREPARABLE HARM

a. Plaintiff faces imminent threat of foreclosure, sale, or seizure of the subject properties, loss of legal protections, and deprivation of constitutional rights due to Defendants' improper actions.

b. Without immediate relief, Plaintiff will suffer irreparable harm not compensable by money damages alone.

3

**9. CLAIMS FOR RELIEF**

a. Count I — Due Process Violation (42 U.S.C. § 1983)

Defendants denied Plaintiff her right to due process by improperly rejecting or delaying filings without adequate notice or hearing.

b. Count II — Equal Protection Violation (42 U.S.C. § 1983)

Defendants treated Plaintiff differently from others by imposing unauthorized fees and rejecting filings, violating equal protection.

c. Count III — Access to Courts Violation (42 U.S.C. § 1983)

Defendants unlawfully obstructed Plaintiff's right to petition the courts for redress regarding her property.

d. Count IV — Quiet Title Action under 28 U.S.C. § 2409a

Plaintiff seeks to quiet title to the Natchitoches Parish property originally granted by federal patent.

Defendants' state court rejections necessitate federal intervention to resolve all title claims.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Declare Defendants' rejection and delay practices unlawful and unconstitutional.

B. Issue preliminary and permanent injunctions requiring Defendants to accept and process Plaintiff's petitions without improper fees or delays.

C. Order reinstatement and expedited adjudication of Plaintiff's petitions.

D. Quiet title to the Natchitoches Parish property under 28 U.S.C. § 2409a.

E. Award Plaintiff compensatory damages in the amount of $77,000,000.

F. Award costs, attorney fees, and all other relief deemed just and proper.

Respectfully submitted,

*Shakka-Shaneak: James*

**SHAKKA SHANEAK JAMES**
**Pro security Petitioner**

4