UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

SHAKKA SHANEAK JAMES                    CASE NO.  3:25-CV-00773

VERSUS                                  JUDGE TERRY A. DOUGHTY

USA ET AL                               MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 87], together with the written objections by Plaintiff, Shakka Shaneak James ("Plaintiff") [Doc. No. 88], and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Natchitoches' Motion to Dismiss [Doc. No. 72] is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Natchitoches' Motion to Dismiss [Doc. No. 72] is **GRANTED** insofar as it seeks dismissal of Plaintiff's Section 1983 claims for denial of access to the courts and for her claims for unlawful taking via Section 1983, and, therefore, Plaintiff's first count, denial of access to courts, and fourth count, unlawful taking, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** insofar as it seeks dismissal of James' other claims on grounds of lack of standing.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** Cleco's Motion to Dismiss [Doc. No. 68] is **GRANTED** and all claims against Cleco are

1

**DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 18th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE